# 644    APPELLATE COURTS OF ILLINOIS.

Jan Mihnak and Meri Mihnak, appellees, v. Frank Zuncic, appellant. Gen. No. 29,250.
Motion to vacate judgment entered by confession and for leave to plead. Motion denied. Appeal from the Superior Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed April 29, 1925.
William J. Dillon and H. W. Auw, for appellant. Claude F. Smith, for appellees.
Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

Frank J. Smithie, appellee, v. Mack-International Motor Truck Corporation, appellant. Gen. No. 29,262.
Action for use of plaintiff's truck and for damages thereto. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Joel C. Fitch, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed April 29, 1925.
Adams, Follansbee, Hawley & Shorey, for appellant; Clyde E. Shorey and Fred Barth, of counsel. Marshall E. Gallion, for appellee.
Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

Puritan Silks Corporation, appellee, v. Leon Freeman, appellant. Gen. No. 29,275.
Suit to recover balance due for merchandise sold. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Affirmed. Opinion filed April 29, 1925.
Samuel Kraus, for appellant. Vent & Warfield, for appellee.
Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

Mr. and Mrs. Louis Hodges, appellees, v. George W. Green, appellant. Gen. No. 29,294.
Action to recover amount deposited with defendant for purchase of property. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Francis Borrelli, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Affirmed. Opinion filed April 29, 1925.
C. Francis Stradford, for appellant. Folsom, Asay & Streeter, for appellees.
Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

Louis Forster, appellee, v. S. Deiches & Company, appellant. Gen. No. 29,303.
Action to recover premiums on life insurance policies agreed to be paid by defendant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Frank E. Reed, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1924. Reversed. Opinion filed April 29, 1925.
Fischel & Kahn, for appellant. No appearance for appellee.
Mr. Presiding Justice O'Connor delivered the opinion of the court.